# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

DIANE MILEY                                                                                          PLAINTIFF

VS.                                                           CIVIL ACTION NO: 3:09cv302-HTW-LRA

RADIAN SERVICES LLC                                                                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the motion, *ore tenus*, of the parties for dismissal with prejudice of Plaintiff's Complaint. The Court, having considered the motion and finding that the Plaintiff has agreed to dismissal of her lawsuit, with prejudice, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the Plaintiff be, and they are hereby, dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 27th day of April, 2010.

                                                    **s/ HENRY T. WINGATE**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**

SUBMITTED BY:

| | |
|---|---|
| */s/ Louis H. Watson, Jr.* | */s/ Paula Graves Ardelean* |
| Louis H. Watson, Jr. (MSB # 9053) | Paula Graves Ardelean (MSB# 4975) |
| R. Nick Norris (MSB # 101574) | Alison T. Vance (MSB # 101113) |
| Louis H. Watson, Jr., P.A. | BUTLER, SNOW, O'MARA, |
| 628 N. State Street | STEVENS & CANNADA, PLLC |
| Jackson, Mississippi 39202 | |
| Tel: 601-968-0000 | Post Office Box 6010 |
| Fax: 601-968-0010 | Ridgeland, MS 39158-6010 |
| louis@louiswatson.com | Tel: 601-948-5711 |
| nick@louiswatson.com | Fax: 601-985-4500 |
| | paula.ardelean@butlersnow.com |
| | alison.vance@butlersnow.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

Jackson 4924992v1